

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANYELA SALAZAR, ANEL HERNANDEZ, ROBERT
EMANUEL EMILIANO, and CAROLINA PICHARDO,        Index No.: 16-cv-07743 (RWS)

                                *Plaintiffs,*

                -against-                                   STIPULATION TO EXTEND TIME
                                                           TO RESPOND TO COMPLAINT

203 LENA INC. d/b/a COCINA TALLER, DARIO OLEAGA,
and PEDRO ABEL,

                                *Defendants.*
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the Parties of the undersigned counsel that: (1) defendants 203 LENA INC. d/b/a COCINA TALLER, DARIO OLEAGA, and PEDRO ABEL ("Defendants") hereby accept service of the Complaint and shall have until December 9, 2016, to answer or otherwise move with respect to the Complaint; and (2) Defendants waive any objection to service of process and waive any defense based on personal jurisdiction.

Dated: November 11, 2016

_____          _____
Louis Pechman, Esq.                                              Martin E. Restituyo, Esq.
Lillian M. Marquez, Esq.                                        Law Offices of Martin E. Restituyo, P.C.
Pechman Law Group PLLC                                  1345 Avenue of the Americas, 2nd Floor
488 Madison Avenue, 11th Floor                         New York, New York 10105
New York, New York 10022                                 restituyo@restituyolaw.com
pechman@pechmanlaw.com

*Attorneys for Plaintiffs*                                          *Attorney for Defendants*


SO ORDERED:

_____
U.S.D.J.  11-14-16

