**THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1345 Avenue of the Americas, 2nd Floor, New York, New York 10105

Martin E. Restituyo

Tel: 212-729-7900

Fax: 212-729-7490

restituyo@restituyolaw.com

December 09, 2016

**VIA ECF**

Hon. Robert W. Sweet
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

  Re: *Salazar et al v. 203 Lena Inc., et al.*, Docket No.: 1:16-cv-07743-RWS

Dear Judge Sweet:

  This firm represents defendants 203 Lena Inc. d/b/a Cocina Taller, Dario Oleaga, and Pedro Abel in the above referenced matter. We write to respectfully request a five-day extension, from December 9th, 2016, to December 14th, 2016, of the deadline to answer or otherwise move with respect to the complaint in this action.

  Prior to making this request, counsel asked for and received the consent of plaintiffs' counsel.

  We thank your Honor for your anticipated attention to this matter.

              Very truly yours,

              */s/ Martin E. Restituyo*___
              Martin E. Restituyo, Esq.