# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

December 28, 2016

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Salazar et al. v. 203 Lena Inc. d/b/a Cocina Taller et al.*
              16 Civ. 7743 (RWS)(JLC)

Dear Judge Sweet:

      Plaintiffs respectfully submit this request to extend the time to amend as of right or oppose Defendants' motion to dismiss, and to adjourn the January 19, 2017 motion hearing. On December 14, 2016, Defendants moved to dismiss the Complaint in the above-referenced action, making today the date by which to oppose the motion. On December 19th, the parties submitted to chambers a stipulation by the parties, extending the time by which Plaintiffs could amend the complaint as of right or oppose the motion to dismiss to January 13, 2017. In kind, Defendants would have until January 27, 2016 to respond.

      While the parties' stipulation was pending, the Court scheduled a motion hearing on January 19, 2017. Plaintiffs request that Court "so order" the parties' stipulation extending the time to amend or oppose. Because Defendants' date to respond falls after the Court's motion hearing date, Plaintiffs also respectfully request that the Court adjourn the hearing to February 2, 2017 at noon. Although Defendants' counsel is currently abroad and unreachable, counsel previously agreed by stipulation to the extension dates requested herein and to an adjournment of the motion hearing. This is the first request to extend these deadlines.

Respectfully Submitted,

Lillian M. Marquez, Esq.

cc:    All counsel of Record (via ECF)