## THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.
1345 Avenue of the Americas, 2nd Floor, New York, New York 10105

Martin E. Restituyo<br>
Tel: 212-729-7900<br>
Fax: 212-729-7490<br>
restituyo@restituyolaw.com

January 30, 2017

**VIA FAX**

Hon. Robert W. Sweet
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

    Re:    *Salazar et al v. 203 Lena Inc., et al.*, Docket No.: 1:16-cv-07743-RWS

Dear Judge Sweet:

    This firm represents defendants 203 Lena Inc. d/b/a Cocina Taller and Dario Oleaga in the above referenced matter. We write to inform the Court that the hearing on the motion to dismiss, currently scheduled for February 2, 2017, at 12:00 PM is no longer necessary, given that the plaintiffs filed an amended complaint which defendants answered on January 27, 2017. Rather than a hearing on the motion to dismiss, we respectfully ask that the Court re-calendar a preliminary conference at its earliest convenience.

    We thank your Honor for your anticipated attention to this matter.

Very truly yours,<br><br>
_____<br>
Martin E. Restituyo, Esq.

Cc: Louis Pechman, Esq.