IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANYELA SALAZAR, ANEL HERNANDEZ, ROBERT ENMANUEL EMILIANO, and CAROLINA PICHARDO,

                          Plaintiffs,

v.

203 LENA INC. d/b/a COCINA TALLER, and DARIO OLEAGA,

                          Defendants.

No. 16-cv-7743 (RWS)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**



      PLEASE TAKE NOTICE that, upon the Declaration of Martin E. Restituyo, executed on May 15, 2017, and an accompanying memorandum of law, the Law Offices of Martin E. Restituyo, P.C. hereby moves this Court pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York for leave to withdraw as counsel for defendants 203 LENA INC. and DARIO OLEAGA in the above-captioned action.

Dated: New York, New York
         May 15, 2017

*So ordered*
*Sweet*
*USDJ*
*5-16-17*

                                      /s/Martin E. Restituyo
                                      Martin E. Restituyo, Esq.
                                      Law Offices of Martin E. Restituyo
                                      1345 Avenue of the Americas,
                                      2nd Floor New York, NY 10105
                                      (212) 729-7900
                                      restituyo@restituyolaw.com

                                      *Attorneys for Defendants 203 Lena Inc. and Dario Oleaga*