```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ANYELA SALAZAR, ANEL HERNANDEZ,
ROBERT ENMANUEL EMILIANO, and
CAROLINA PICHARDO,

                    Plaintiffs,
                                              16 Civ. 7743 (RWS)
     - against -
                                                  O R D E R

203 LENA INC. d/b/a COCINA TALLER,
DARIO OLEAGA, and PEDRO ABEL,

                    Defendants.
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/17

**Sweet, D.J.**

Plaintiffs' motion to compel previously scheduled to be heard at on Wednesday, July 19, 2017 shall instead be taken on submission on Wednesday, July 26, 2017.

It is so ordered.

New York, NY
July 7, 2017

_____
ROBERT W. SWEET
U.S.D.J.