# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

August 3, 2017

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**COURTESY COPY**

Re: *Salazar et al. v. 203 Lena Inc. d/b/a Cocina Taller et al.*
16 Civ. 7743 (RWS)(ILC)

Dear Judge Sweet:

Plaintiffs respectfully submit this request to adjourn the August 4, 2017 pre-trial conference. On July 5, 2017, Plaintiffs submitted a letter motion to compel Defendants' discovery responses, which remains pending. (ECF No. 36.) Since defense counsel withdrew in May 16, 2017, Defendants have not obtained counsel and have not responded to counsel's requests for discovery.

Plaintiffs respectfully request an adjournment of the August 4, 2017 conference pending decision on its motion to compel. Counsel was unable to reach Defendants to obtain consent to this motion, which is the first with relation to this pre-trial conference.

Respectfully Submitted,

Lillian M. Marquez

cc (by E-mail):
Defendants 203 Lena Inc. and Oleaga

So ordered
Sweet
USDJ
8.4.17