# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 12/13/18*

December 13, 2018

*RECEIVED*
*DEC 13 2018*
*JUDGE SWEET CHAMBERS*

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Salazar et al. v. 203 Lena Inc. d/b/a Cocina Taller et al.*
16 Civ. 7743 (RWS)(JLC)

Dear Judge Sweet:

Plaintiffs respectfully submit this request to adjourn the pretrial conference recently scheduled for December 18, 2018, until the stay entered in this case is lifted. On September 7, 2017, the Court stayed this case in its entirety due to Defendant 203 Lena Inc.'s filing for bankruptcy. (ECF No. 44.) Accordingly, nothing has occurred since in furtherance of this matter. Bankruptcy proceedings, in which Plaintiffs have filed proofs of claim, continue. (S.D.N.Y. Bankr. Dkt. 17-23274-rdd, Doc. No. 9.)

As Defendants' counsel had withdrawn from representation prior to the stay and Defendants have not provided telephonic contact information or retained new counsel, Plaintiffs' counsel has not been able to reach Defendants directly regarding this request. However, a copy of this letter has been provided to Defendant 203 Lena Inc.'s bankruptcy counsel, who has raised no objection to the adjournment requested. This is the third request to adjourn this conference until the stay in this matter is lifted, the first and second of which were granted for the same reasons raised herein. (ECF Nos. 47, 50.)

We thank the Court for its consideration.

*So ordered*
*Sweet USDJ*
*12.13.18*

Respectfully submitted,

s/ *Lillian M. Marquez*

Lillian M. Marquez