# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

May 16, 2019

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

        Re:    *Salazar et al. v. 203 Lena Inc. d/b/a Cocina Taller et al.*
                16 Civ. 7743 (VB)

Dear Judge Briccetti:

      In accordance with the Court's April 11, 2019 Order, Plaintiffs submit this status report regarding the bankruptcy proceedings against 203 Lena Inc. (the "Debtor"). On May 13, 2019, the bankruptcy court dismissed the Chapter 11 bankruptcy case S.D.N.Y. Dkt. No. 17-23274, ECF. No. 23. Accordingly, the stay in the proceedings in this Court should be lifted.

      Because the defendants in this matter have not obtained new counsel or provided service addresses, bankruptcy counsel is copied on this letter.

                                            Respectfully submitted,

                                            *s/ Lillian M. Marquez*

                                            Lillian M. Marquez

cc (by email):

Lawrence Morrison, Esq.
Brian J. Hufnagel, Esq.
87 Walker Street, Floor 2
New York, New York 10013
Tel: (212) 620-0938
LMorrison@m-t-law.com
*Bankruptcy Counsel for 203 Lena Inc.*