UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANYELA SALAZAR, ANEL HERNANDEZ,
ROBERT ENMANUEL EMILIANO, and
CAROLINA PICHARDO,
          Plaintiffs,

**ORDER**

v.

16 CV 7743 (VB)

203 LENA INC. d/b/a COCINA TALLER, and
DARIO OLEAGA,
          Defendants.
------------------------------------------------------------x

As discussed at a hearing today, at which plaintiff's counsel appeared in person, no attorney for defendant 203 Lena Inc. appeared, and defendant Oleaga did not appear, it is HEREBY ORDERED:

1. Plaintiffs have sufficiently established the liability of defendants. Accordingly, plaintiffs' motion for a default judgment is granted in part. Plaintiffs are entitled to judgment on liability.

2. After reviewing plaintiffs' submissions concerning damages, the Court finds further review is necessary before entering an award on damages. Accordingly, by separate Order, the Court will refer this case to Magistrate Judge Cott for an inquest on damages.

3. The Clerk is instructed to terminate the motion. (Doc. #79).

Dated: January 3, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge