USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/15/20__

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANYELA SALAZAR, ANEL HERNANDEZ,      :
ROBERT EMMANUEL EMILIANO, and        :
CAROLINA PICHARDO,                   :
                                     :
                    Plaintiffs,      :       ORDER
                                     :
        -v.-                         :       16-CV-7743 (VB) (JLC)
                                     :
203 LENA INC. d/b/a COCINA TALLER    :
and DARIO OLEAGA,                    :
                                     :
                    Defendants.      :
---------------------------------------------------------------X
```

**JAMES L. COTT, United States Magistrate Judge.**

      On January 3, 2020, Judge Briccetti granted a default judgment against defendants (Dkt. No. 86) and referred this case to me to conduct an inquest into damages (Dkt. No. 87). In accordance with the Scheduling Order dated January 6, 2020, plaintiffs filed further submissions to support their damages calculations on January 24, 2020. Dkt. No. 89. On May 14, 2020, Judge Briccetti denied defendants' motion to vacate the default judgment and ordered that the inquest shall proceed in the regular course. Dkt. No. 95.

      Accordingly, defendants will have until **June 5, 2020,** to file any response to plaintiffs' inquest submissions. Plaintiffs shall serve defendants with a copy of this Order and file a certificate of service.

      **SO ORDERED.**

Dated: May 15, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge