**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
ANYELA SALAZAR, ANEL HERNANDEZ,
ROBERT EMMANUEL EMILIANO, and
CAROLINA PICHARDO,

                       Plaintiffs,                    16 **CIVIL** 7743 (VB)

         -against-                    **JUDGMENT**

203 LENA INC., d/b/a Cocina Taller, and
DARION OLEAGA,
                      Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 22, 2020, the Court adopts the R&R as the opinion of the Court with the following modifications.

     With respect to the $7,614.00 in damages Magistrate Judge Cott recommends awarding to plaintiff Pichardo, the Court lowers that amount by $1,500.00 to $6,114.00. As Magistrate Judge Cott correctly states, employees can recover "$250 for each workday that a wage statement violation occurs, not to exceed $5,000." However, because plaintiff Pichardo worked for a total of 14 days total, she should be awarded only $3,500 (14 days x $250) for the wage statement violations, not the maximum $5,000; Accordingly, plaintiff Pichardo shall be awarded $16,114.00 plus pre-judgment and post-judgment interest.

     With respect to pre-judgment interest, plaintiffs are awarded nine percent pre-judgment interest on the unpaid wages as follows.

- Plaintiff Salazar nine percent interest on $27,761.62, from July 6, 2025 (the approximate midpoint between Salazar's first and last day of employment), to October 22, 2020 —1,935 days—amounts to $13,245.72.

- Plaintiff Hernandez: nine percent interest on $14,208.78, from March 15, 2016 (the approximate midpoint between Hernandez's first and last day of employment), to October 22, 2020 —1,682 days—amounts to $5,892.95.

- Plaintiff Emiliano: nine percent interest on $2,245.71, from February 22, 2016 (the approximate midpoint between Emiliano's first and last day of employment), to October 22, 2020 —1,704 days—amounts to $943.57.

- Plaintiff Pichardo: nine percent interest on $957, from April 4, 2016, (the approximate midpoint between Pichardo's first and last day of employment), to October 22, 2020 —1,662 days—amounts to $392.19.

Accordingly, plaintiffs are awarded the following:

| Plaintiff | Total Damages[6] | 9% Pre-judgment Interest on Unpaid Wages | Total Award (Total Damages + 9% Pre-judgment Interest on Unpaid Wages) |
|---|---|---|---|
| Salazar | $67,163.24 | $13,245.72 | $80,408.96 |
| Hernandez | $38,917.56 | $5,892.95 | $44,810.51 |
| Emiliano | $11,541.42 | $943.57 | $12,484.99 |
| Pichardo | $6,114.00 | $392.19 | $6,506.19 |

Judgment is entered against defendants 203 Lena Inc., d/b/a Cocina Taller and Dario Oleaga in the total amount of $167,772.15, comprising: (i) $144,210-65 in damages (including pre-judgment interest), and (ii) $23,561.50 in attorneys' fees and costs; Plaintiffs are also awarded post-judgment interest on all sums, as calculated under 28 U.S.C. § 1961; accordingly, this case is closed.

**Dated:**  New York, New York
October 23, 2020

RUBY J. KRAJICK
_____
Clerk of Court
BY: *David J. Thomas*
_____
Deputy Clerk